## COMMERCIAL STANDARD INS. CO. v. HAYES.

### No. 25092.

Supreme Court of Texas.

Sept. 11, 1940.

## WARNER v. FIRST NAT. BANK OF BOWIE.

### No. 14097.

Court of Civil Appeals of Texas.
Fort ·Worth.

May 31, 1940.

Rehearing Denied Sept. 6, 1940.

Buck & Knapp and John Snyder, all of Fort Worth, for plaintiff in error.

George C. Kemble and S. Landford Carlton, both of Fort Worth, and Lillard & Gibbons, of Oklahoma City, Okl., for defendant in error.

PER CURIAM.

The application for writ of error in this case is refused, because we are of the opinion that there was sufficient evidence to raise an issue of fact as to "good cause" for failure to file claim with the Industrial Accident Board within the statutory period, and the trial court should not have instructed a verdict on that ground. We expressly do not approve the holding of the Court of Civil Appeals on the ground that a minor is not required to file claim with the Board within the statutory period.